BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

MICHAEL MAFFEI (CABN 240978)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    Fax: (415) 436-7207
    Email: Michael.Maffei@usdoj.gov

Attorneys for United States of America

FILED
DEC - 6 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTONIO ENRIQUE CERVANTES,<br>a/k/a "Chacho,"<br>AARON PEREZ CERVANTES,<br>JUAN JOSE PLAZOLA-CARRILLO,<br>GUILLERMO CERVANTES-PEREZ,<br>ESTEBAN POLANCO,<br>ANTONIO JOSE CERVANTES,<br>a/k/a "Tonito."<br><br>    Defendants. | CASE NO. CR 16-00457 JSW (KAW)<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OTHERWISE APPLICABLE SPEEDY TRIAL ACT CALCULATION |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. On December 1, 2016, defendants Antonio Enrique Cervantes, Aaron Perez Cervantes, Juan Jose Plazola Carrillo, Guillermo Cervantes-Perez, Esteban Polanco, and Antonio Jose Cervantes appeared before the Court for their initial appearance and appointment of counsel. Juan Jose Plazola-Carrillo was present and in custody and represented by Suzanne Morris. Esteban Polanco was present and in custody and was represented by Philip Schnayerson, who specially appeared for Jessie Garcia.

STIP. AND ORDER EXCLUDING TIME
CR 16-00457 JSW (KAW)

1

Assistant United States Attorney Michael Maffei appeared for the Government. The parties agreed on conditions of release for defendants Plazola-Carrillo and Polanco, and also that this case should be scheduled for a status date before the District Court on Tuesday, January 24, 2017, with time excluded from December 1, 2016, through and including January 24, 2017. Accordingly, with the parties' agreement as to the new date, the Court scheduled a status date for January 24, 2017 at 1:00 p.m., with the understanding that the parties would submit a Stipulation and Proposed Order excluding time. The Court also continued the cases for defendants Antonio Enrique Cervantes, Aaron Perez Cervantes, Guillermo Cervantes-Perez, and Antonio Jose Cervantes to allow for the appointment of counsel.

2. On December 2, 2016, defendants Antonio Enrique Cervantes, Aaron Perez Cervantes, Guillermo Cervantes-Perez, and Antonio Jose Cervantes appeared before the Court for their initial appearance and assignment of counsel. Antonio Enrique Cervantes was present and in custody and represented by Linda Fullerton. Aaron Perez Cervantes was present and in custody and represented by Charles Woodson, who specially appeared for Erick Guzman. Guillermo Cervantes-Perez was present and out of custody and represented by Martha Boersch. Antonio Jose Cervantes was present and in custody and represented by Assistant Federal Public Defender Angela Hansen. Assistant United States Attorney Michael Maffei appeared for the Government. The parties agreed that this case should be scheduled for a status date before the District Court on Tuesday, January 24, 2017, with time excluded from December 1, 2016, through and including January 24, 2017.

3. Accordingly, with the parties' agreement as to the new date, the Court scheduled a status date for January 24, 2017 at 1:00 p.m., with the understanding that the parties would submit a Stipulation and Proposed Order excluding time.

4. The parties now formalize their request for a continuance of this matter to January 24, 2017 at 1:00 p.m. for a status hearing, and respectfully submit and agree that the period from December 1, 2016 through and including January 24, 2017 at 1:00 p.m. should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence. Specifically, the time requested for exclusion will allow the defense attorneys to review the discovery in this case.

//

IT IS SO STIPULATED.

DATED: December 5, 2016

BRIAN J. STRETCH
United States Attorney

/s/
MICHAEL MAFFEI
Assistant United States Attorney

DATED: December 5, 2016

/s/
LINDA FULLERTON
Counsel for the Defendant Antonio Enrique Cervantes

DATED: December 5, 2016

/s/
ERICK GUZMAN
Counsel for the Defendant Aaron Perez Cervantes

DATED: December 5, 2016

/s/
SUZANNE MORRIS
Counsel for the Defendant Juan Jose Plazola Carrillo

DATED: December 5, 2016

/s/
MARTHA BOERSCH
Counsel for the Defendant Guillermo Cervantes Perez

DATED: December 5, 2016

                                       /s/
                                  JESSIE GARCIA
                                  Counsel for the Defendant Esteban Polanco

DATED: December 5, 2016

                                       /s/
                                  ANGELA HANSEN
                                  Counsel for the Defendant Antonio Jose Cervantes

### [PROPOSED] ORDER

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from December 1, 2016 through and including January 24, 2017 outweigh the best interest of the public and the defendants in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the District Court on January 24, 2017 at 1:00 p.m. for a status conference.

2. The period from December 1, 2016 through and including January 24, 2017 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 12/6/16

                                    HON. KANDIS A. WESTMORE
                                    United States Magistrate Judge